**IT IS SO ORDERED.**

_/s/ Bridget M. Brennan_
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE
February 13, 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:24CR40 |
| Plaintiff, | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| CONNER M. WALKER, | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendant. | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Carol M. Skutnik, First Assistant U. S. Attorney, and moves this Court for permission for the undersigned to withdraw as counsel of record, and requests that the Court no longer include the undersigned on the ECF system for this case. The instant case is currently assigned to Jennifer J. King, Assistant U. S. Attorney, who will receive all ECF notifications.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ Carol M. Skutnik
Carol M. Skutnik (OH: 0059704)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3785
(216) 522-8355 (facsimile)
Carol.Skutnik@usdoj.gov