FILED

MAY - 1 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SUPERSEDING INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. ___1:24CR40___ |
| ) | Title 18, Sections 2251(a), Title 18, Sections 2251(a) and (e), 2252(a)(2), and 2252A(a)(5)(B), United States Code |
| CONNER M. WALKER, ) | |
| ) | |
| Defendant. ) | |

**JUDGE BRENNAN**

COUNT 1
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury charges:

1. On or about September 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant CONNER M. WALKER did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #1, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a) and (e))

The Grand Jury further charges:

2. On or about November 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant CONNER M. WALKER did attempt to use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #2, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a) and (e))

The Grand Jury further charges:

3. From on or about December 27, 2023 through on or about December 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant CONNER M. WALKER did attempt to use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #3, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT 4
(Receipt and Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

4. From on or about November 18, 2023 through on or about January 4, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, CONNER M. WALKER, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

3

## COUNT 5
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

5. On or about January 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant CONNER M. WALKER did knowingly possess an iPhone 13 cellphone that contained child pornography as defined in Title 18, Section 2256(8), United States Code, which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, Section 2252A(a)(5)(B), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.